| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Umeko T. Jackson** | Social Security number or ITIN  **xxx–xx–1681** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  **13   3/21/18** |
| Case number: | **18–08183** | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Umeko T. Jackson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7342 S. Artesian Ave. Apt. 1 Chicago, IL 60629 | |
| 4. | **Debtor's attorney** Name and address | David M Siegel David M. Siegel & Associates 790 Chaddick Drive Wheeling, IL 60090 | Contact phone 847 520–8100 Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | Tom Vaughn 55 E. Monroe Street, Suite 3850 Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 3/22/18 |

**For more information, see page 2**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 17, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/18/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/30/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/17/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/9/18** at **11:00 AM**, Location: **219 South Dearborn, Courtroom 682, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

```
                                 United States Bankruptcy Court
                                  Northern District of Illinois
In re:                                                                                  Case No. 18-08183-JBS
Umeko T. Jackson                                                                        Chapter 13
            Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0752-1           User: ahamilton              Page 1 of 2                   Date Rcvd: Mar 22, 2018
                               Form ID: 309I                Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db             +Umeko T. Jackson,    7342 S. Artesian Ave.,    Apt. 1,   Chicago, IL 60629-1406
26568370       +Argon Credit,    P.o. Box 6211,   Carol Stream, IL 60197-6211
26568373        Blaze Mastercard,    PO Box 25166,   Sioux Falls, SD 57117-5096
26568375       +Brother Loan & Fiance,    7641 W. 63rd,    Summit Argo, IL 60501-1811
26568376       +Cap1/Dress Barn,    PO Box 5253,   Carol Stream, IL 60197-5253
26568383        Comcast,    Bankruptcy Department,    11621 E. Marginal Way 5,   Tukwila, WA 98168-1965
26568394      ++FIRST SAVINGS BANK,    PO BOX 5096,   SIOUX FALLS SD 57117-5096
               (address filed with court: FSB Blaze Credit Card,     500 E. 60th Street,
                 Sioux Falls, SD 57104)
26568390        First National Bank,    500 E. 60th St. N,    Sioux Falls, SD 57104-0478
26568395       +Guaranty Bank,    PO Box 2149,   Addison, TX 75001-2149
26568401       +Kohl/Cap1,    PO Box 6497,   Sioux Falls, SD 57117-6497
26568404        Mandarich Law Group, LLP,    420 N WABASH AVE,    Suite 400,   Chicago, IL 60611-3542
26568405       +Massey,    1251 1st Ave,   Chippewa Falls, WI 54729-1691
26568406       +Maury Cobb, Attorney at Law,    301 Beacon Parkway West,    Suite 100,
                 Birmingham, AL 35209-3103
26568407       +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
26568409       +Midwest Anesthesiologists, Ltd,    4440 95th St,    Oak Lawn, IL 60453-2600
26568410       +Monarch Recovery Management, Inc.,    PO Box 16119,   Philadelphia, PA 19114-0119
26568414       +NRC-Nations Recovery Center, Inc.,    6491 Peachtree Industrial Blvd,    Atlanta, GA 30360-2100
26568411       +National Credit Adjust,    327 W 4th Ave,    Hutchinson, KS 67501-4842
26568412       +National Payment Services,    Mail Code OH1-1272,    PO Box 182223,   Columbus, OH 43218-2223
26568415       +Oak Park Avenue Realty,    Mack Companies,    6820 Centennial Dr,   Tinley Park, IL 60477-1796
26568421        T Mobile Wireless,    Attn: Bankruptcy Dept.,    4515 N santa Fe Ave,
                 Oklahoma City, OK 73118-7901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com Mar 23 2018 00:54:08      David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,   Wheeling, IL 60090
tr             +E-mail/Text: 341NOTICE@TVCH13.NET Mar 23 2018 00:57:55      Tom Vaughn,
                 55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5764
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Mar 23 2018 00:54:51      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,   Room 873,
                 Chicago, IL 60604-2027
26568369        E-mail/Text: bkdept@aaacheckmate.com Mar 23 2018 00:58:43      AAA Checkmate,   7647 63rd St.,
                 Summit Argo, IL 60501
26568371       +E-mail/Text: bk@avant.com Mar 23 2018 00:58:01      Avant,   222 N. LaSalle St., Ste. 1700,
                 Chicago, IL 60601-1101
26568372       +EDI: TSYS2.COM Mar 23 2018 04:38:00      Barclays Bank Delaware,   125 S. West St.,
                 Wilmington, DE 19801-5014
26568374       +E-mail/Text: bk@blittandgaines.com Mar 23 2018 00:54:36      Blitt and Gaines, P.C.,
                 Bankrupty Department,    661 N. Glenn Ave.,   Wheeling, IL 60090-6017
26568377        EDI: CAPITALONE.COM Mar 23 2018 04:38:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
26568380        EDI: WFNNB.COM Mar 23 2018 04:38:00      CB/DRSSBRN,   PO Box 182273,   Columbus, OH 43218-2273
26568379        EDI: WFNNB.COM Mar 23 2018 04:38:00      CB/Dress Barn,   PO Box 330066,
                 NorthGlenn, CO 80233-8066
26568386        E-mail/Text: bkdept@crystalrockfin.com Mar 23 2018 00:58:40      Crystal Rock Finance,
                 7639 W. 63rd St.,    Summit, IL 60501
26568378       +E-mail/Text: bankruptcy@cavps.com Mar 23 2018 00:57:31      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
26568381       +EDI: CHASE.COM Mar 23 2018 04:38:00      Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
                 Wilmington, DE 19850-5298
26568382        E-mail/Text: compliance@chaserec.com Mar 23 2018 00:58:28      Chase Receivables,
                 1247 Broadway,    Sonoma, CA 95476-7503
26568384        EDI: WFNNB.COM Mar 23 2018 04:38:00      Comenity Bank,   Bankruptcy Department,   PO Box 182125,
                 Columbus, OH 43218-2125
26568385        E-mail/Text: compliance@contractcallers.com Mar 23 2018 00:58:37      Contract Callers Inc.,
                 501 Greene Street,    3rd Floor Suite 302,   Augusta, GA 30901-4415
26568387       +EDI: NAVIENTFKASMDOE.COM Mar 23 2018 04:43:00      Dept Of Ed/navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
26568388       +E-mail/Text: bknotice@ercbpo.com Mar 23 2018 00:55:12      ERC,   8014 Bayberry Road,
                 Jacksonville, FL 32256-7412
26568389        EDI: BLUESTEM Mar 23 2018 04:43:00      FINGERHUT/WEBBANK,   6250 Ridgewood Rd.,
                 Saint Cloud, MN 56303-0820
26568392       +EDI: AMINFOFP.COM Mar 23 2018 04:38:00      First Premier Bank,   3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
26568391       +EDI: AMINFOFP.COM Mar 23 2018 04:38:00      First Premier Bank,   Bankruptcy Department,
                 PO Box 5523,   Sioux Falls, SD 57117-5523
26568396       +EDI: IIC9.COM Mar 23 2018 04:43:00      I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
26568397        EDI: PINNACLE.COM Mar 23 2018 04:43:00      Integrity Solution Services, Inc.,
                 7825 Washington Ave S.,    Suite 200,   Minneapolis, MN 55439-2400
```

```
District/off: 0752-1           User: ahamilton             Page 2 of 2                  Date Rcvd: Mar 22, 2018
                               Form ID: 309I               Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
26568398       EDI: JEFFERSONCAP.COM Mar 23 2018 04:38:00      Jeffersncp (Jefferson Capital Syste,
                 Bankruptcy Department,    16 McLeland Rd.,    Saint Cloud, MN 56303
26568399       EDI: JEFFERSONCAP.COM Mar 23 2018 04:38:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
26568400      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Mar 23 2018 00:58:46
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
26568402       EDI: CBSKOHLS.COM Mar 23 2018 04:38:00      Kohl/Capital One,    PO Box 3115,
                 Milwaukee, WI 53201-3115
26568403      +EDI: LTDFINANCIAL.COM Mar 23 2018 04:38:00      LTD Financial Services, LP,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
26568408      +EDI: MID8.COM Mar 23 2018 04:38:00      Midland Credit Management, Inc.,     Bankruptcy Department,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
26568413      +EDI: NAVIENTFKASMSERV.COM Mar 23 2018 04:38:00      Navient Solutions Inc,    11100 Usa Pkwy,
                 Fishers, IN 46037-9203
26568416      +E-mail/Text: dmancini@pelicanaf.com Mar 23 2018 00:58:03       Pelican Auto Finance L,
                 9444 Farnham St Ste 200,    San Diego, CA 92123-1300
26568417      +E-mail/Text: bk@rgsfinancial.com Mar 23 2018 00:54:20      RGS Collection,    1700 Jay Ell Drive,
                 Suite 200,   Richardson, TX 75081-6788
26568418      +EDI: PHINELEVATE Mar 23 2018 04:43:00      Rise Credit,    PO Box 101808,
                 Fort Worth, TX 76185-1808
26568420       EDI: RMSC.COM Mar 23 2018 04:38:00      SYNCB/WALMART,    PO Box 965036,    Orlando, FL 32896-5036
26568419      +EDI: SWCR.COM Mar 23 2018 04:38:00      Southwest Credit Syste,     4120 International Pkwy,
                 Carrollton, TX 75007-1958
26572098      +EDI: RMSC.COM Mar 23 2018 04:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
26568422      +EDI: WFNNB.COM Mar 23 2018 04:38:00      WFNNB/DRESSBARN,    Bankruptcy Department,
                 PO Box 182789,   Columbus, OH 43218-2789
                                                                                              TOTAL: 37

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26568393*    ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: First Savings Bank Blaze,     PO Box 5065,
                Sioux Falls, SD 57117-5065)
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Umeko T. Jackson davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                             TOTAL: 3
```