UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-08183 |
| Umeko T. Jackson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ON DEBTOR'S MOTION TO INCUR DEBT AND TO SHORTEN NOTICE**

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor is granted leave to obtain financing for a vehicle in the amount of up to $18,500.00, with financing of up to 16% interest, with monthly payments of up to $400.00 per month for a 2015 Buick Encore or similar vehicle.

2. The Debtor is granted leave to have this motion heard on shortened notice.

Enter:  *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: July 10, 2019

**Prepared by:**

Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100